**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-2368**

───────────

CHARLES DAVIS BURRELL,

Plaintiff - Appellant,

versus

DAVID A. POWERS, III; NIKAS & POWERS LAW FIRM,
INCORPORATED,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Richard L. Williams, Senior Dis-
trict Judge.  (CA-99-614-3)

───────────

Submitted:  February 24, 2000          Decided:  March 1, 2000

───────────

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Charles Davis Burrell, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Davis Burrell appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Burrell v. Powers, No. CA-99-614-3 (E.D. Va. Sept. 8, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED